IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-00244 |
| FORESTFARMS LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WITH PREJUDICE**

Plaintiff, SALVADOR SEGOVIA, JR. ("Plaintiff"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides this Notice to the Court and to all relevant parties of Plaintiff's voluntary dismissal of Defendant, FORESTFARMS LIMITED PARTNERSHIP and this entire action, with Prejudice.

Respectfully submitted this 13th day of May, 2024.

                                        Law Offices of
                                        THE SCHAPIRO LAW GROUP, P.L.

                                        /s/  Douglas S. Schapiro
                                        Douglas S. Schapiro, Esq.
                                        Southern District of Texas ID No. 3182479
                                        The Schapiro Law Group, P.L.
                                        7301-A W. Palmetto Park Rd., #100A
                                        Boca Raton, FL 33433
                                        Tel: (561) 807-7388
                                        Email: schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system on May 13, 2024 upon all counsel or parties.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479