United States District Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-00244 |
| § | |
| FORESTFARMS LIMITED PARTNERSHIP, § | |
| § | |
| Defendant. § | |
| § | |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure (Dkt. No. 7).

Accordingly, it is Ordered that this case is dismissed with prejudice.

It is so ORDERED.

SIGNED on May 15, 2024, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge